# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

September 19, 2019

## Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 18-2054 | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| VICTORIA WEILAND and DEANNA CHRONES, *Plaintiffs-Appellees*, | |
| *v.* | |
| SHAWN LOOMIS, *Defendant-Appellant*. | No. 17 C 6111 Amy J. St. Eve, *Judge*. |

## Order

The opinion of this court issued on September 18, 2019, is amended as follows:

Page 4, "*Mullenix v. Luna*, 136 S. Ct. 305, 308 (2005);" should be "*Mullenix v. Luna*, 136 S. Ct. 305, 308 (2015);".